James J. BOLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62792.

Missouri Court of Appeals,
Western District.

March 2, 2004.

Mark A. Grothoff, Columbia, for appellant.

Andrea K. Spillars, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., EDWIN H. SMITH and HOWARD, JJ.

## ORDER

PER CURIAM.

Movant James Boley's Rule 29.15 motion, based on failure of trial counsel to call a witness who would have testified that Movant's actions were under duress, was denied by the motion court. The Court of Appeals affirmed the judgment holding the Movant failed to carry his burden of showing the element that he had no legal alternative, which would have been effective in abating the alleged danger. Affirmed. Rule 84.16(b).

---

William C. KEEGAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62620.

Missouri Court of Appeals,
Western District.

March 2, 2004.

Susan L. Hogan, Kansas City, for appellant.

Andrea K. Spillars, Jefferson City, for respondent.

Before HARDWICK, P.J., SPINDEN and NEWTON, JJ.

## ORDER

PER CURIAM.

William Keegan appeals the denial of his Rule 29.15 motion, alleging ineffective assistance of his trial counsel. Upon review of the record, we find no error and affirm the motion court's judgment. The parties have been provided with a Memorandum explaining the reasons for our decision because a published opinion would have no precedential value.

Affirmed. Rule 84.16(b)